IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID L. DUNSTER, | ) | |
| | ) | |
| Petitioner, | ) | 4:10CV3006 |
| | ) | |
| v. | ) | |
| | ) | |
| FRED BRITTAN, Warden, Tecumseh State Correctional Center, | ) | ORDER |
| | ) | |
| Respondent. | ) | |

    This matter is before the court on petitioner's motion to proceed in forma pauperis in this case. Filing No. 2. The court has reviewed the motion as well as petitioner's trust statement, Filing No. 5, and finds the motion should be granted.

    THEREFORE, IT IS ORDERED that petitioner's motion to proceed in forma pauperis, Filing No. 2, is granted.

    DATED this 5th day of February, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge