IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID L. DUNSTER, ) | |
| ) | |
| ) | **ORDER** |
| Plaintiff, ) | |
| v. ) | Case No: 4:10 cv 3006 |
| ) | |
| FRED BRITTAN, ) | |
| *Warden, Tecumseh State Correctional Center,* ) | |
| | |
| Defendant. | |

This matter comes before the court sua sponte.

**IT IS ORDERED** that Steven A. Achelpohl and Michael A. Nelsen are appointed as attorneys of record for the above-named plaintiff in this matter and shall forthwith file an appearance in this matter.

**IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 30) bearing the name and other identifying information of the CJA Panel attorneys identified in accordance with the Criminal Justice Act Plan for this district.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Steven A. Achelpohl and Michael a. Nelsen.

DATED this 2nd day of March, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge